United States District Court
Southern District of Texas
**ENTERED**
October 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRIS HERRON, § | |
| *Plaintiff*, § | |
| § | |
| V § | C. A. NO. 4:22-CV-02555 |
| § | |
| THE SEMINOLE TRIBE OF FLORIDA, INC § | |
| dba HARD ROCK HOTEL & CASINO § | |
| PUNTA CANA and HARD ROCK CAFÉ § | |
| INTERNATIONAL (USA) INC. § | |
| *Defendants*. § | |

## ORDER OF NONSUIT

On this day, Plaintiff, Chris Herron, announced to the Court the desire to non-suit this cause without prejudice. The Court, after considering the pleadings, evidence, and arguments of the parties, is the opinion that the non-suit should be, **GRANTED**. It is therefore,

**ORDERED** that the above styled and numbered cause be, and same is hereby non-suited as to each Defendant without prejudice; it is further

**ORDERED** that each party shall bear its own costs in this matter. All matters not expressly granted herein are hereby dismissed.

SIGNED on _October 14_, 2022.

_____
UNITED STATES DISTRICT JUDGE

**AGREED & ENTRY REQUESTED:**

**LAW OFFICES OF WILLIE D.
POWELLS III AND ASSOCIATES PLLC**

By: _//s// Willie D. Powells III_
   **Willie D. Powells III**
   Texas Bar No.: 24053427
   **Corby E. Windham**
   Texas Bar No.: 24033348
   7322 Southwest Freeway Suite 2010
   Houston Texas 77074
   281-881-2475 (o)
   713-583-3100 (f)
   willie@williepowellslawfirm.com
   corby@williepowellslawfirm.com

**ATTORNEYS FOR PLAINTIFF**